# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN DEON HONEYCUTT, an individual,<br><br>             *Plaintiff*,<br><br>vs.<br><br>CITY OF LOS ANGELES, a public entity, OFFICER CAMERON GOBBLE, an individual, and DOES 1 to 10, Inclusive,<br><br>             *Defendants*. | **CASE NO.  CV20-04841 CBM (JCx)**<br>*Hon. Consuelo B. Marshall, Ctrm. 8B, 8th Floor*<br>*Mag. Jaqueline Chooljian, Ctrm 750, 7th Floor*<br><br>**ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE  [JS-6]** |

Based on the stipulation of the parties and GOOD CAUSE appearing therefore, **IT IS HEREBY ORDERED** that the above-entitled action against Defendants **CITY OF LOS ANGELES et al.** is dismissed, with prejudice.  Each party to bear their own costs and fees.  This dismissal does not constitute an adjudication on the merits.

*IT IS SO ORDERED.*

Dated: SEPTEMBER 17, 2021    _____
**HONORABLE CONSUELO B. MARSHALL**
**UNITED STATES DISTRICT JUDGE**